EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>María I. Dátiz Stevens | 2020 TSPR 24<br><br>204 DPR _____ |

Número del Caso:  TS-12,176

Fecha:  5 de marzo de 2020

Abogados de la parte peticionaria:

>     Lcda. Daisy Calcaño López
>     Lcdo. Raúl Rodríguez Quiles

Materia:  Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

María I. Dátiz Stevens                TS-12,176

RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de marzo de 2020.

Examinada la *Solicitud de reinstalación al ejercicio de la abogacía* que presentó la Lcda. Daisy Calcaño López en representación de la Sra. María I. Dátiz Stevens, se provee **ha lugar**. En consecuencia, se ordena la readmisión al ejercicio de la abogacía.

Notifíquese inmediatamente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez emite la siguiente expresión:

> "El Juez Asociado señor Colón Pérez no atendería la solicitud de reinstalación a la práctica de la abogacía de la señora María I. Dátiz Stevens hasta tanto ésta nos evidencie haber tomado un curso de repaso de reválida, en vista de los más de siete (7) años que lleva sin ejercer la práctica legal."

El Juez Asociado señor Estrella Martínez no intervino.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo